

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Jumina Elizabeth CENTENO-Jimenez, ) <br> ) <br> Defendant. ) <br> ) | Magistrate Case No. '21 MJ1140 <br><br> COMPLAINT FOR VIOLATION OF: <br><br> Title 8, U.S.C., Sec. 1324(a)(2)(B)(iii) <br> Bringing in Unlawful Alien(s) <br> Without Presentation |

The undersigned complainant, being duly sworn, states:

On or about March 25, 2021, within the Southern District of California, Defendant Jumina Elizabeth CENTENO-Jimenez, with the intent to violate the immigration laws of the United States, knowingly and in reckless disregard of the fact that alien, namely, E.V.G., had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant further states that this complaint is based on the attached statement of facts which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Ramon A. Galindo, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1 on March 26, 2021.

HON. DANIEL E. BUTCHER
UNITED STATES MAGISTRATE JUDGE

PROBABLE CAUSE STATEMENT

The complainant states that E.V.G., is a citizen of a country other than the United States; that said alien has admitted she is deportable; that her testimony is material, that it is impracticable to secure her attendance at trial by subpoena; and that she is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On March 25, 2021, at approximately 4:18 A.M., Jumina Elizabeth CENTENO-Jimenez (Defendant), a United States citizen, made application for admission into the United States from Mexico at the San Ysidro, California Port of Entry via the vehicle primary lanes. Defendant was the driver of a 2006 Ford Explorer bearing California License plates. Upon inspection before a Customs and Border Protection (CBP) Officer, Defendant, accompanied by her two minor children, presented her United States Passport card and said she was going to San Diego, California with nothing to declare from Mexico. The CBP Officer conducted a cursory inspection of the vehicle's interior and noticed a non-factory compartment underneath the rear seat. Unable to inspect the area due to the car seats situated on rear seat, CBP Officer referred the Defendant, along with the vehicle, to secondary for further inspection of the non-factory rear seat compartment.

In secondary, the Defendant drove her vehicle through an x-ray device where a CBP Officer observed anomalies in the rear seat area of the vehicle. The Defendant and the two minors were removed from the vehicle and taken to a secured office. CBP Officers removed the car seats from the rear seat and discovered a non-factory compartment underneath. CBP Officers assisted one person out of the non-factory compartment. The individual, later identified as E.V.G., was determined to be a citizen of Mexico without documents to enter the United States and is now held as a Material Witness.

On March 25, 2021, at approximately 8:05 A.M., Defendant was advised of her Miranda Rights and elected to make a statement. Defendant denied knowledge of the smuggled person.

During a video-recorded interview, Material Witness admitted she is a citizen of Mexico with no legal documents to enter the United States. Material Witness stated family members made smuggling arrangements for her with unknown persons in Mexico for an unknown amount. Material Witness stated she was going to Santa Maria, California to reside with relatives. Material Witness was shown a photographic lineup and identified Defendant as the person that was present when she was placed into the compartment.